**E-Filed 5/20/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY J. WALTON,<br><br>             Plaintiff,<br><br>   v.<br><br>PLASMANET, INC., et al.,<br><br>             Defendants. | Case Number C-05-486-JF<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DEFERRING DEFENDANTS' MOTIONS |

     Plaintiff moves to remand the instant matter to the Santa Clara Superior Court. Defendants oppose remand and move for dismissal or, in the alternative, for change of venue. The Court has considered the moving and opposing papers as well as the oral arguments presented at the hearing on May 13, 2005.

     The Court will grant Plaintiff's motion for remand. This Court lacks subject matter jurisdiction unless the amount in controversy is greater than $75,000. *See* 28 U.S.C. § 1332(a). As the removing parties, Defendants have the burden of proving by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional minimum. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). Defendants have failed to meet

this burden.  Moreover, Plaintiff has stipulated on the record that the amount in controversy does not exceed $75,000 and that he does not and will not seek damages in excess of that amount.

Plaintiff's request for sanctions will be denied.  Plaintiff's complaint reasonably may be read to allege claims that might result in liability in excess of $75,000.  The Court's ruling expressly is based upon Plaintiff's judicial admission that his damages will never exceed 75,000.  It is unfortunate that the combative tone of certain communications between counsel led to a situation which required judicial involvement.

In light of its ruling on Plaintiff's motion for remand, the Court will not address Defendants' motions.

IT IS SO ORDERED.

DATED:  5/20/05

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

Case No. C-05-486-JF
ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DEFERRING DEFENDANTS' MOTIONS
(JFLC2)

1  Copies of Order served on:

2

3  Mark E. Burton , Jr     olasov@hershlaw.com

4  Mitchell N. Reinis      mreinis@silverfreedman.com, clebrane@silverfreedman.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
Case No. C-05-486-JF
ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DEFERRING DEFENDANTS' MOTIONS
(JFLC2)